**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARROW BOGGIANO,

    Plaintiff,

    v.

ART KAPOOR REALTY INC., et al.,

    Defendants.

_____/

No. C 04-3054 PJH

**ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

Before this court is pro per plaintiff Boggiano's second request to file a motion for reconsideration of the court's July 1, 2005 order dismissing her case. As previously explained, for leave to be granted, Boggiano must either show a material difference in fact or law from that which was previously presented to the court, the emergence of new material facts or a change in law, or a manifest failure of the Court to consider material facts or dispositive legal arguments. Civ. L. R. 7-11(b). Boggiano's papers do not present any arguments that affect the applicability of res judicata in this matter, or the dismissals for failure to serve certain defendants. Accordingly, the renewed motion for leave to file a motion for reconsideration is DENIED.

Boggiano also requests that this court appoint counsel to represent her. However, in civil cases, other than employment discrimination cases brought pursuant to 42 U.S.C. §2000e, the district court may only appoint counsel to litigants proceeding in forma pauperis pursuant to 28 U.S.C. §1915(e)(1), and only if their claims appear to have merit. Here, because Boggiano is not proceeding in forma pauperis, the court cannot appoint counsel to represent her. In any event, because the court has already dismissed Boggiano's claims, they cannot be said to have merit. Therefore, even if Boggiano were proceeding in forma pauperis

in this action, the request to appoint counsel would be denied on that basis as well.

The second motion for reconsideration is DENIED. This order fully adjudicates the matter listed at no. 51 on the clerk's docket for this case.

**IT IS SO ORDERED.**

Dated: July 14, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge